# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>           v.<br><br>4) DALIANG GUO,<br>    Defendant. | CR 15-475 DSF<br><br>ORDER RE BRIEFING ON MOTION FOR REDUCTION OF SENTENCE |

The government is ordered to file an opposition or notice of non-opposition to Defendant's motion, dkt. 525, no later than February 15, 2023.  Defendant may file a reply no later than April 28, 2023.

IT IS SO ORDERED.

Date: January 3, 2023

_Dale S. Fischer_
Dale S. Fischer
United States District Judge